```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14866
    CAROLYN D WHEELER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-2196
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 06/10/2008 and was confirmed 08/20/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was dismissed after confirmation 02/12/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 9024.74 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10283.91 | .00 | 100.00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FIN | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1896.46 | .00 | .00 |
| AMERICASH | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 723.23 | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSECURED | 148.36 | .00 | .00 |
| THE CBE GROUP INC | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 964.67 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 335.46 | .00 | .00 |
| GENESIS FINANCIAL SERVIC | UNSECURED | 386.03 | .00 | .00 |
| ILLINOIS TOLLWAY | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS STATE HIGHWAY A | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 279.59 | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | 807.83 | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 782.28 | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 515.84 | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 199.83 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 602.50 | .00 | .00 |
| UNIVERSAL LENDER INC | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | NOT FILED | .00 | .00 |

```
CAPITAL ONE AUTO FINANCE NOTICE ONLY    NOT FILED              .00             .00
US DEPARTMENT OF HOUSING UNSECURED        9124.56              .00             .00
MONTEREY FINANCIAL       SECURED          1100.00              .00           50.00
HSBC BANK NEVADA         SECURED NOT I     250.00              .00             .00
RICHARD S BASS           DEBTOR ATTY     2,600.00                           494.00
TOM VAUGHN               TRUSTEE                                             56.00
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  700.00

PRIORITY                                          .00
SECURED                                        150.00
UNSECURED                                         .00
ADMINISTRATIVE                                 494.00
TRUSTEE COMPENSATION                            56.00
DEBTOR REFUND                                     .00
                       ---------------    ---------------
TOTALS                   700.00                700.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/11/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE